# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:96CR66-05MU

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| JOHN GRAYLON WELCH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court upon Defendant's Motion for Modification of Imprisonment. In accordance with the Court's original order at sentencing, Defendant's Judgement in a Criminal Case should be amended to reflect time served under a previous supervised release violation. This motion is therefore **GRANTED** and Defendant's sentence is reduced from 144 months to 128.5 months.

**IT IS SO ORDERED.**

Signed: April 10, 2006

Graham C. Mullen
United States District Judge