UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:96-cr-00066-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **JOHN GRAYLON WELCH,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the government's Motion to Dismiss Supervised Release Violation Petition. Having considered the government's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss Supervised Release Violation Petition (#684) is GRANTED, and 2008 Petition is DISMISSED.

Signed: October 18, 2017

Max O. Cogburn Jr.
United States District Judge